IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE E. MORRIS<br>HARRY MORRIS W/H<br>  **PLAINTIFFS**<br><br>V.<br><br>THE MOORINGS USA, INC.<br><br>AND<br><br>UNITED STATES YACHT SHOWS, INC.<br>  **DEFENDANTS** | CIVIL ACTION NO. 11-CV-6325 |

### AFFIDAVIT OF SERVICE

I do hereby certify that service of the Complaint in the above-captioned matter was made on the 14th day of March, 2012, upon the Defendant named below via Certified Mail, Return Receipt Requested (attached hereto) and by First Class Mail, postage prepaid:

TO:  UNITED STATES YACHT SHOWS
    980 AWALD ROAD, SUITE 302
    ANNAPOLIS, MD 21403

                  _____
                  Omid Nikham, Esquire

DATE: **March 16, 2012**

# Exhibit A

English   Customer Service   USPS Mobile                                           Register / Sign In



Search USPS.com or Track Packages

Quick Tools        Ship a Package       Send Mail       Manage Your Mail       Shop       Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70102780000072116738 | First-Class Mail® | Arrival at Unit | March 14, 2012, 9:25 am | ANNAPOLIS, MD 21401 | Expected Delivery By: March 14, 2012<br>Certified Mail™<br>Return Receipt |
| | | Acceptance | March 12, 2012, 4:32 pm | PHILADELPHIA, PA 19110 | |

### Check on Another Item

What's your label (or receipt) number?

Find

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Site Index › | Careers › | |

Copyright© 2012 USPS. All Rights Reserved.

