IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE E. MORRIS <br> HARRY MORRIS W/H <br> Plaintiffs, <br> v. <br> THE MOORINGS USA, INC. <br> and <br> UNITED STATES YACHT SHOWS, INC. <br> Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : C.A. 11-cv-6325 (TNO) <br> : |

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR THE MOORINGS, USA, INC. TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

It is hereby STIPULATED AND AGREED by the Plaintiffs Joanne Morris and Harry Morris, and the Defendant The Moorings USA, Inc., that Defendant The Moorings USA, Inc., shall have an extension of time to answer or otherwise respond to the Plaintiffs' Amended Complaint, and that the time within which Defendant The Moorings USA, Inc. shall answer or otherwise respond to the Amended Complaint is hereby extended for a period of Thirty (30) days until April 25, 2012.

| | |
|---|---|
| LAW OFFICES OF OMID NIKNAM, P.C. | MATTIONI, LTD |
| BY: _____ <br> Omid Niknam, Esquire <br> 1500 Walnut Stree, 21st Floor <br> Philadelphia, PA 19102 <br> Attorney for Plaintiffs | BY: _____ <br> Stephen J. Galati, Esquire <br> 399 Market St., Suite 200 <br> Philadelphia, PA 19106 <br> Attorneys for Defendant The Moorings USA, Inc. |

SO ORDERED

_____
J.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Stipulation and Order for Extension of Time for Defendant The Moorings USA, Inc. To Answer or Otherwise Respond to the Amended Complaint was served via electronic notification on March 23, 2012, to the following:

Omid Niknam, Esquire
Law Offices of Omid Nikman, P.C.
1500 Walnut Street, 21st Floor
Philadelphia, PA 19102
E-mail: oniknam@comcast.net
***Attorney for Plaintiffs***

By: _____
Stephen J. Galati