IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE E. MORRIS<br>HARRY MORRIS W/H<br>       Plaintiffs,<br>v.<br>THE MOORINGS USA, INC.<br>   and<br>UNITED STATES YACHT SHOWS, INC.<br>      Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:   C.A. 11-cv-6325 (TNO)<br>: |

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR THE MOORINGS, USA, INC. TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

It is hereby STIPULATED AND AGREED by the Plaintiffs Joanne Morris and Harry Morris, and the Defendant The Moorings USA, Inc., that Defendant The Moorings USA, Inc., shall have an extension of time to answer or otherwise respond to the Plaintiffs' Amended Complaint, and that the time within which Defendant The Moorings USA, Inc. shall answer or otherwise respond to the Amended Complaint is hereby extended for a period of Thirty (30) days until April 25, 2012.

LAW OFFICES OF OMID NIKNAM, P.C.

BY: _____
Omid Niknam, Esquire
1500 Walnut Stree, 21st Floor
Philadelphia, PA 19102
Attorney for Plaintiffs

MATTIONI, LTD

BY: _____
Stephen J. Galati, Esquire
399 Market St., Suite 200
Philadelphia, PA 19106
Attorneys for Defendant The Moorings USA, Inc.

SO ORDERED

_____
Thorude
3/23/12        J.